WILLIAM DOUGLAS VICK AND PATRICIA VICK v. DARRELL ST. CLAIR DAVIS

No. 654A85

(Filed 2 July 1986)

**Appeal and Error § 46— evenly divided court—Court of Appeals decision affirmed —no precedent**

Where one member of the Supreme Court recused himself, and the remaining members of the Supreme Court were evenly divided, the decision of the Court of Appeals was affirmed but stood without precedential value.

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported in 77 N.C. App. 359, 335 S.E. 2d 197 (1985), which affirmed default judgment against defendant signed by *Brannon, J.*, on 18 December 1984, in Superior Court, WAKE County. Heard in the Supreme Court 12 March 1986.

*Sanford Adams McCullough & Beard, by Charles C. Meeker and Cynthia Leigh Wittmer, for plaintiff-appellees.*

*Moore, Ragsdale, Liggett, Ray & Foley, P.A., by George R. Ragsdale, Nancy Dail Fountain, and Jane Flowers Finch, for defendant-appellant.*

PER CURIAM.

Justice Martin having recused, the Court is evenly divided. Under these circumstances, following the uniform practice of this Court, the decision of the Court of Appeals is affirmed, not as

precedent but as the decision in this case. *Lynch v. Hazelwood,* 312 N.C. 619, 324 S.E. 2d 224 (1985).

Affirmed.